**DISMISS; and Opinion Filed July 9, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00659-CV

**NANCY JEAN PETTERSON, Appellant**
**V.**
**TOMMY CANSLER, TCCI LAND DEVELOPMENT INC., AND INDEPENDENT BANK, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11147**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Osborne

Before the Court is appellant's motion to withdraw her appeal. Pursuant to Texas Rule of

Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Leslie Osborne/
LESLIE L. OSBORNE
JUSTICE

190659F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NANCY JEAN PETTERSON, Appellant

No. 05-19-00659-CV          V.

TOMMY CANSLER, TCCI LAND
DEVELOPMENT INC., AND
INDEPENDENT BANK, Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-11147.
Opinion delivered by Justice Osborne,
Justices Schenck and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Tommy Cansler, TCCI Land Development Inc., and Independent Bank recover their costs, if any, of this appeal from appellant Nancy Jean Petterson.

Judgment entered this 9th day of July, 2019.